Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 14–51523–amk**

**In re:**
Brent T Keil
2340 13th Street
Cuyahoga Falls, OH 44223

**Social Security No.:**
xxx–xx–8995

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Keith Rucinski is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 13 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** January 28, 2020　　　　　　　　　　**BY THE COURT**
Form ohnb136a　　　　　　　　　　　　　　　/s/ Alan M. Koschik
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge